**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ANDRES JOAQUIN TAFOYA,

    Petitioner,

v.                                                           No. CV 17-0379 RB/CG

RICK MARTINEZ,

    Respondent.

## ORDER GRANTING THIRD EXTENSION OF TIME TO FILE REPLY

**THIS MATTER** is before the Court upon Petitioner's *Unopposed Motion for Extension of Time to Reply to Respondent's Answer to Andres Joaquin Tafoya's Petition for Writ of Habeas Corpus (28 U.S.C. § 2254)*, (Doc. 15), filed September 18, 2017. The Court, having reviewed the Motion and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Petitioner may file a reply to Respondent's answer on or before **October 16, 2017**.

                                                                  _____
                                                                  THE HONORABLE CARMEN E. GARZA
                                                                  UNITED STATES MAGISTRATE JUDGE