**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ANDRES JOAQUIN TAFOYA,

      Petitioner,

v.                                   No. CV 17-0379 RB/CG

RICK MARTINEZ,

      Respondent.

## ORDER GRANTING FOURTH EXTENSION OF TIME TO FILE REPLY

**THIS MATTER** is before the Court upon Petitioner's *Unopposed Motion for Extension of Time to Reply to Respondent's Answer to Andres Joaquin Tafoya's Petition for Writ of Habeas Corpus (28 U.S.C. § 2254)*, (Doc. 17), filed October 16, 2017. The Court, having reviewed the Motion and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

      **IT IS THEREFORE ORDERED** that Petitioner may file a reply to Respondent's answer on or before **November 15, 2017**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE