## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ANDRES JOAQUIN TAFOYA,

    Petitioner,

v.                                                      No. CV 17-0379 RB/CG

RICK MARTINEZ,

    Respondent.

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY

**THIS MATTER** is before the Court upon Petitioner's *Unopposed Motion for Extension of Time to Reply to Respondent's Answer to Andres Joaquin Tafoya's Petition for Writ of Habeas Corpus (28 U.S.C. § 2254)*, (Doc. 23), filed January 16, 2018. The Court, having reviewed the Motion and noting that it is unopposed, finds that the Motion is well-taken and should be **GRANTED**. The Court will not grant any further extensions absent a showing by the parties that Petitioner will not be prejudiced.

**IT IS THEREFORE ORDERED** that Petitioner may file a reply to Respondent's answer on or before **February 15, 2018**. **No further extensions will be granted absent a showing that Petitioner will not be prejudiced**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE