# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ANDRES JOAQUIN TAFOYA,

    Petitioner,

v.           No. CV 17-0379 RB/CG

RICK MARTINEZ,

    Respondent.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY

**THIS MATTER** is before the Court upon Petitioner's *Unopposed Motion for Extension of Time to Reply to Respondent's Supplemental Brief*, (Doc. 30), filed June 4, 2018. The Court, having reviewed the Motion and noting that it is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Petitioner may file a reply to Respondent's Supplemental Brief, (Doc. 29), on or before **July 19, 2018**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE