IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDRES JOAQUIN TAFOYA,

    Petitioner,

v.                                                                  No. CV 17-0379 RB/CG

RICK MARTINEZ,

    Respondent.

## ORDER GRANTING THIRD MOTION FOR EXTENSION OF TIME TO FILE REPLY

**THIS MATTER** is before the Court upon Petitioner's third *Unopposed Motion for Extension of Time to Reply to Respondent's Supplemental Answer to Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254*, (Doc. 34), filed August 3, 2018. The Court, having reviewed the Motion and noting that it is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Petitioner may file a reply to Respondent's Supplemental Brief, (Doc. 29), on or before **August 13, 2018**. *No further extensions will be granted.*

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE