# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ANDRES JOAQUIN TAFOYA,

    Petitioner,

v.                                                                    No. CV 17-379 RB/CG

RICK MARTINEZ,

    Respondent.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSE TO MOTION FOR JUDGMENT ON THE PLEADINGS

**THIS MATTER** is before the Court on Petitioner's *Motion for Extension of Time to Respond to Respondent's Motion for Judgment on the Pleadings, Pursuant to Federal Rule of Civil Procedure 12(c)*, (Doc. 41), filed October 18, 2018. Petitioner asks for a two-day extension of time to October 22, 2018, to file a response to Respondent's Motion for Judgment on the Pleadings, (Doc. 40), which was filed October 4, 2018. The Court previously denied Petitioner's fifth motion for an extension of time to file a reply to his Section 2254 Petition, explaining that the Court must ensure that cases move efficiently, expeditiously, and economically pursuant to the Civil Justice Reform Act of 1990, 28 U.S.C. § 471, et seq. (Doc. 39). The Court is currently preparing a proposed findings and recommended disposition on Petitioner's Section 2254 Petition and will not allow Petitioner to engage in another round of motions for extensions of time that will further delay this case. Nevertheless, since Petitioner asks for an extension of only two days, the Court will allow this one extension.

**IT IS THEREFORE ORDERED** that Petitioner's *Motion for Extension of Time to Respond to Respondent's Motion for Judgment on the Pleadings, Pursuant to Federal*

*Rule of Civil Procedure 12(c)*, (Doc. 41), is **GRANTED**, and Petitioner may file a response to Respondent's Motion for Judgment on the Pleadings, (Doc. 40), by Monday, October 22, 2018. ***No further extensions will be granted***.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE