IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDRES JOAQUIN TAFOYA,

    Petitioner,

v.                                        No. CV 17-0379 RB/CG

RICK MARTINEZ,

    Respondent.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS

**THIS MATTER** is before the Court upon Petitioner's *Sealed Motion for Extension of Time to File Objections to Proposed Findings and Recommended Disposition [Doc. 44]*, (Doc. 45), filed December 10, 2018. The Court, having reviewed the Motion and noting that Respondent takes no position on the relief requested, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Petitioner may file objections to the Proposed Findings and Recommended Disposition, (Doc. 44), on or before **December 17, 2018**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE