**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ANDRES JOAQUIN TAFOYA,

    Petitioner,

v.                                                 No. CV 17-379 RB/CG

RICK MARTINEZ,

    Respondent.

## ORDER GRANTING SECOND MOTION
## FOR EXTENSION OF TIME TO FILE OBJECTIONS

**THIS MATTER** is before the Court upon Petitioner's *Sealed Motion for Extension of Time to File Objections to Proposed Findings and Recommended Disposition [Doc. 44]*, (Doc. 47), filed December 17, 2018. Petitioner's counsel asks for an extension to December 26, 2018, to file objections to the *Proposed Findings and Recommended Disposition*, (Doc. 44), which was filed on November 26, 2018. Petitioner's counsel states he "will not seek any further extensions." (Doc. 47 at 2). The Court, having reviewed the Motion and noting that Respondent takes no position on the relief requested, finds that the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Petitioner may file objections to the Proposed Findings and Recommended Disposition, (Doc. 44), on or before **December 26, 2018**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE