# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ANDRES JOAQUIN TAFOYA,

    Petitioner,

v.                                                                        No. CV 17-379 RB/CG

RICK MARTINEZ,

    Respondent.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Chief Magistrate Judge's Proposed Findings and Recommended Disposition (PFRD), filed November 26, 2018. (*See* Doc. 44.) In the PFRD, the Chief Magistrate Judge recommended that Respondent's Motion for Judgment on the Pleadings, Pursuant to Federal Rule of Civil Procedure 12(c), (Doc. 40), be granted; Mr. Tafoya's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, (Doc. 1), be denied; and this case be dismissed with prejudice. (Doc. 44 at 29.) The parties were notified that written objections to the PFRD were due within fourteen days. (*Id.*) Mr. Tafoya's counsel requested and was granted two extensions of time to file objections. (Docs. 46; 48.) No objections have been filed and the deadline of December 26, 2018, has passed. The recommendations of the Chief Magistrate Judge are therefore adopted by this Court.

**IT IS THEREFORE ORDERED** that Respondent's Motion for Judgment on the Pleadings, Pursuant to Federal Rule of Civil Procedure 12(c), (Doc. 40), is **GRANTED**, Mr.

Tafoya's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, (Doc. 1), is **DENIED**, and this case is **DISMISSED WITH PREJUDICE**.

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE